UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANN MARGARET WALKER,

        Plaintiff,

Case No.    10-13598

v.

HONORABLE AVERN COHN

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in the Order Adopting Report and Recommendation and Granting Defendant's Motions to Dismiss the case is DISMISSED.

                              DAVID WEAVER

Dated: October 26, 2011        By: s/Julie Owens
                                         Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 26, 2011, by electronic and/or ordinary mail.

                              S/Julie Owens
                              Case Manager, (313) 234-5160