UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANN MARGARET WALKER,

                                Case No.     10-13598

       Plaintiff,

v.                                     HONORABLE AVERN COHN

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

## JUDGMENT

For the reasons stated in the Order Adopting Report and Recommendation and Granting Defendant's Motions to Dismiss the case is DISMISSED.

                                                           DAVID WEAVER

Dated: October 26, 2011          By: s/Julie Owens
                                              Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 26, 2011, by electronic and/or ordinary mail.

                                                         S/Julie Owens
                                                        Case Manager, (313) 234-5160